

2004 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-14-2004

# Jones v. Comm Social Security

Precedential or Non-Precedential: Precedential

Docket No. 03-1661

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2004

Recommended Citation

"Jones v. Comm Social Security" (2004). *2004 Decisions.* Paper 745.
http://digitalcommons.law.villanova.edu/thirdcircuit_2004/745

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2004 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

March 29, 2004

## No. 03-1661

Tie-Ease L. Jones, Appellant

vs.

Commissioner Social Security

(Western District of PA - Pittsburgh Civil No. 01-cv-02305)

**Present:**     **ALITO and CHERTOFF, <u>Circuit Judges</u>, DEBEVOISE, <u>District Judge</u>**

Motion by Appellee Comm Social Security to Publish Court's Previously Issued Opinion.

---

**Response due by 4/09/04.**

**Opinion and Judgment entered 2/10/04.**

**Mandate due to issue on 4/2/04.**

Chiquita Dyer

Case Manager          267-299-4919

**O R D E R**

**The foregoing** motion is GRANTED.

By the Court,

<u>/s/Michael Chertoff, Circuit Judge</u>

**Dated:** April 14, 2004

CMD/cc: Zenford A. Mitchell, Esq.

Shawn C. Carver, Esq.